Fill in this information to identify the case:

Debtor name: PANHANDLE IRON & SCRAP, INC.
United States Bankruptcy Court for the: MIDDLE DISTRICT OF ALABAMA
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| WELLS FARGO C/O ERIC L. PRUITT, ESQ. 420 20TH STREET NORTH 1400 WELLS FARGO TOWER BIRMINGHAM, AL 35203 | | NOTE PAYABLE | | $3,019,588.02 | $0.00 | $3,019,588.02 |
| WELLS FARGO C/O ERIC L. PRUITT, ESQ. 420 20TH STREET NORTH 1400 WELLS FARGO TOWER BIRMINGHAM, AL 35203 | | LINE OF CREDIT | | $700,000.00 | $0.00 | $700,000.00 |
| REGIONS COMMERCIAL LOAN DEPT P.O. BOX 2224 BIRMINGHAM, AL 35287-2521 | | REAL ESTATE LOCATED ON NORTH BEVERLYE ROAD, DOTHAN, AL OWNED BY JOSEPH DONOVAN | | $407,676.25 | $135,000.00 | $272,676.25 |
| WELLS FARGO EQUIPMENT FINANCE 733 MARQUETTE AVENUE, STE 700 MINNEAPOLIS, MN 55402 | | AL-JON 580 CK EQUIPMENT | | $247,947.42 | $0.00 | $247,947.42 |
| PANHANDLE CONVERTER RECYCLING 868 MURRAY ROAD DOTHAN, AL 36303 | | INTERCOMPANY DEBT | | | | $15,606.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | PANHANDLE IRON & SCRAP, INC. | | | Case number (if known) | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TEREX FINANCIAL SERVICES 12460 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | | 2011 FUCHS 340 D - EQUIPMENT | | $13,295.31 | $0.00 | $13,295.31 |
| WELLS FARGO C/O ERIC L. PRUITT, ESQ. 420 20TH STREET NORTH 1400 WELLS FARGO TOWER BIRMINGHAM, AL 35203 | | ON ACCOUNT | | | | $5,955.31 |
| AMERICAN EXPRESS P.O. BOX 650448 DALLAS, TX 75265-0448 | | CREDIT CARD | | | | $3,368.68 |
| THOMPSON TRACTOR CO INC P.O. BOX 934005 ATLANTA, GA 31193-4005 | | ON ACCOUNT | | | | $2,499.00 |
| COFFMAN INTERNATIONAL, INC. 4185 ROSS CLARK CIRCLE DOTHAN, AL 36303 | | ON ACCOUNT | | | | $2,088.72 |
| TIME WARNER CABLE P.O. BOX 70872 CHARLOTTE, NC 28272-0872 | | ON ACCOUNT | | | | $1,081.62 |
| PERIMETER SECURITY SYSTEMS INC 1000 UPPER ASHBURY AVENYE CHARLOTTE, NC 28206 | | ON ACCOUNT | | | | $1,050.00 |
| ADVANCED SCALE COMPANY LLC P.O. BOX 70192 ALBANY, GA 31708 | | ON ACCOUNT | | | | $500.00 |
| FERRALLGAS P.O. BOX 173940 DENVER, CO 80217-3940 | | ON ACCOUNT | | | | $278.06 |

| Debtor | PANHANDLE IRON & SCRAP, INC. | | Case number (if known) | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HOME OIL COMPANY<br>5744 EAST US HWY 84<br>COWARTS, AL 36321 | | ON ACCOUNT | | | | $206.82 |
| UNIFIRST CORPORATION<br>208 S EDGEWOOD DRIVE<br>DOTHAN, AL 36301 | | ON ACCOUNT | | | | $198.27 |
| ADVANCED FIRE & SAFETY INC<br>2390 WESTGATE PKWY<br>DOTHAN, AL 36303 | | ON ACCOUNT | | | | $141.70 |
| PORTABLE TOILET SERVICES<br>P.O. BOX 1127<br>DOTHAN, AL 36302 | | ON ACCOUNT | | | | $79.00 |
| GETS INC.<br>P.O. BOX 1922<br>DOTHAN, AL 36302-1922 | | ON ACCOUNT | | | | $62.00 |
| TERMINEX<br>P.O. BOX 742592<br>CINCINNATI, OH 45274-2592 | | ON ACCOUNT | | | | $52.00 |